UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　　　Defendants. | No.: 1:18-cv-01658-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE<br>**WITHIN 45 DAYS** |

　　　　Plaintiff Aaron Lamont Stribling is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint in the United States District Court for the Southern District of California on November 19, 2018. (ECF No. 1.)

　　　　On December 4, 2018, that court determined that venue was properly located in the United States District Court for the Eastern District of California, (ECF No. 2), and the matter was transferred to this Court on December 5, 2018 (ECF No. 3.) All future filings regarding this case should be made to this court and contain the caption and case number set forth above.

　　　　Plaintiff has not paid the $400.00 filing fee for this action, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

1

2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:  **December 6, 2018**  _____
UNITED STATES MAGISTRATE JUDGE