| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>Defendants. | No.: 1:18-cv-01658-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION TO DIRECT THE PRISON PAY THE FILING FEE<br><br>[ECF Nos. 6, 7, 8] |

Plaintiff Aaron Lamont Stribling is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2019, the Magistrate Judge issued a Findings and Recommendation recommending Plaintiff's motion to direct the prison pay the filing fee, filed on January 9, 2019 (ECF No. 6), be denied. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within thirty days. (ECF No. 7.)

Plaintiff filed objections on February 11, 2019. In his objections, Plaintiff contends that he has submitted a check to the Court for the filing fees in this action. Plaintiff attaches a copy of his inmate transaction list which reflects that on January 9, 2019, a check in the amount of $400.00 was addressed to the United States District Court for the Eastern District of California, Fresno Division. However, there is no indication that the check was mailed to the Court, and to date, this Court has not received any payment toward the filing fee in this action.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on January 10, 2019, is adopted in full;
2. Plaintiff's motion to direct the prison pay the filing fee is denied; and
3. In the interest of justice, Plaintiff is granted thirty (30) days from the date of service of this order to either pay the filing fee in full or submit a complete application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **February 12, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE