# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>Defendants. | Case No. 1:18-cv-01658-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO EITHER PAY FILING FEE IN FULL OR SUBMIT A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Aaron Lamont Stribling is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 7, 2018, the Court ordered Plaintiff to either submit a complete application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 5.) On January 9, 2019, Plaintiff filed a motion for court order to make prison pay filing fee with money in Plaintiff's prison trust account. (ECF No. 6.) On January 10, 2019, the Court issued Findings and Recommendation recommending that Plaintiff's motion to direct the prison to pay the filing fee be denied. (ECF No. 7.) On February 12, 2019, the District Judge adopted the Findings and Recommendation in full and denied Plaintiff's motion to direct the prison to pay the filing fee. (ECF No. 9.) The District Judge also granted Plaintiff thirty days from the date of service of the order to either pay the filing fee in full or submit a complete application to proceed *in forma pauperis*. (Id.)

1

1 | On March 4, 2019, Plaintiff filed a motion for disqualification of the District Judge and a
2 | motion for reconsideration of the District Judge's February 12, 2019 order adopting the Findings
3 | and Recommendation and denying Plaintiff's motion to direct the prison to pay the filing fee. (ECF
4 | No. 10.) On March 14, 2019, the District Judge denied Plaintiff's motions for disqualification and
5 | reconsideration. (ECF No. 11.)

Now, the Court notes that, in the February 12, 2019 order, the District Judge granted Plaintiff thirty days from the date of service of that order to either pay the filing fee in full or submit a complete application to proceed *in forma pauperis*. (ECF No. 9.) Since Plaintiff was served by mail with the District Judge's order on February 12, 2019, Plaintiff had until Monday, March 18, 2019 to either pay the filing fee or submit an application to proceed *in forma pauperis*. Fed. R. Civ. P. 6(d) (whenever a party may act within a prescribed period after service and service is by mail, three days are added to the prescribed period). However, since the District Judge did not deny Plaintiff's motions for disqualification and reconsideration until March 14, 2019, the Court finds that it is likely that Plaintiff did not receive the District Judge's order until after the period in which Plaintiff was to either pay the filing fee or submit an *in forma pauperis* application lapsed. Therefore, the Court finds that the interest of justice requires that Plaintiff be granted twenty-one (21) additional days from the date of service of this order to either pay the filing fee or submit an application to proceed *in forma pauperis*.

Based on the foregoing, it is HEREBY ORDERED that:

1. In the interest of justice, Plaintiff is granted **twenty-one (21) days** from the date of service of this order to either pay the $400.00 filing fee for this action or submit a completed application to proceed *in forma pauperis*;

2. The Clerk of the Court is directed to send Plaintiff a blank application to proceed *in forma pauperis* for a prisoner; and

//
//
//
///

2

3. <u>No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: __**March 26, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE