1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING, | Case No. 1:18-cv-01658-LJO-SAB (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR TO SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| KERN VALLEY STATE PRISON, et al., | |
| Defendants. | (ECF Nos. 5, 9, 12) |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Aaron Lamont Stribling is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2018, Plaintiff initiated the instant action in the United States District Court for the Southern District of California. (ECF No. 1.) On December 4, 2018, the instant action was transferred to this Court. (ECF No. 2.) On December 7, 2018, the Court ordered Plaintiff to either submit a complete application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 5.)

On January 9, 2019, Plaintiff filed a motion for court order to make prison pay filing fee with money in Plaintiff's prison trust account. (ECF No. 6.) On January 10, 2019, the Court issued

1

Findings and Recommendation recommending that Plaintiff's motion to direct the prison to pay the filing fee be denied. (ECF No. 7.) On February 12, 2019, the District Judge adopted the undersigned's Findings and Recommendation in full and denied Plaintiff's motion to direct the prison to pay the filing fee. (ECF No. 9.) The District Judge also granted Plaintiff thirty days from the date of service of the order to either pay the filing fee in full or submit a complete application to proceed *in forma pauperis*. (<u>Id.</u>)

On March 4, 2019, Plaintiff filed a motion for disqualification of the District Judge and a motion for reconsideration of the District Judge's February 12, 2019 order adopting the Findings and Recommendation and denying Plaintiff's motion to direct the prison to pay the filing fee. (ECF No. 10.) On March 14, 2019, the District Judge denied Plaintiff's motions for disqualification and reconsideration. (ECF No. 11.)

On March 27, 2019, the Court issued an order finding that the interest of justice required that Plaintiff be granted an additional twenty-one (21) days from the date of the service of the order to either pay the $400.00 filing fee in full or submit a completed application to proceed *in forma pauperis*. (ECF No. 12.)

However, the deadline for Plaintiff to comply with the Court's March 27, 2019 order has passed, and Plaintiff has not submitted an application to proceed *in forma pauperis*, paid the $400.00 filing fee, or otherwise responded in any way to the Court's order.

Local Rule 110 provides that "[f]ailure of … a party to comply … with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Further, a plaintiff's failure to comply with court orders and prosecute their action is grounds for dismissal. <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1.　　Within **fourteen (14) days** from the date of service of this order, Plaintiff shall EITHER:

　　　a.　Submit an application to proceed *in forma pauperis*; OR

　　　b.　Pay the $400.00 filing fee for this action; OR

   c. Show cause in writing why this action should not be dismissed for failure to comply with the Court's March 27, 2019 order;

  2. The Clerk of the Court shall send Plaintiff a blank application to proceed *in forma pauperis* by a prisoner; and

  3. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to the District Judge that the instant action be dismissed for failure to obey a court order and failure to prosecute.</u>

IT IS SO ORDERED.

Dated:   **May 2, 2019**                        

                 UNITED STATES MAGISTRATE JUDGE