| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.<br><br>Defendants. | Case No. 1:18-cv-01658-LJO-SAB (PC)<br><br>ORDER DISCHARGING MAY 3, 2019 ORDER TO SHOW CAUSE<br><br>(ECF No. 13)<br><br>ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO PAY FILING FEE IN FULL<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Aaron Lamont Stribling is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2018, Plaintiff initiated the instant action in the United States District Court for the Southern District of California. (ECF No. 1.) On December 4, 2018, the instant action was transferred to this Court. (ECF No. 2.) On December 7, 2018, the Court ordered Plaintiff to either submit a complete application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 5.)

On January 9, 2019, Plaintiff filed a motion for court order to make prison pay filing fee with money in Plaintiff's prison trust account. (ECF No. 6.) On January 10, 2019, the Court issued Findings and Recommendation recommending that Plaintiff's motion to direct the prison

1

1 | to pay the filing fee be denied. (ECF No. 7.) On February 11, 2019, Plaintiff filed objections to
2 | the undersigned's Findings and Recommendation. (ECF No. 8.) On February 12, 2019, the
3 | District Judge adopted the undersigned's Findings and Recommendation in full and denied
4 | Plaintiff's motion to direct the prison to pay the filing fee. (ECF No. 9.) The District Judge also
5 | granted Plaintiff thirty days from the date of service of the order to either pay the filing fee in full
6 | or submit a complete application to proceed *in forma pauperis*. (Id.)

7 | On March 4, 2019, Plaintiff filed a motion for disqualification of the District Judge and a
8 | motion for reconsideration of the District Judge's February 12, 2019 order adopting the Findings
9 | and Recommendation and denying Plaintiff's motion to direct the prison to pay the filing fee.
10 | (ECF No. 10.) On March 14, 2019, the District Judge denied Plaintiff's motions for
11 | disqualification and reconsideration. (ECF No. 11.)

12 | On March 27, 2019, the Court issued an order finding that the interest of justice required
13 | that Plaintiff be granted an additional twenty-one (21) days from the date of the service of the
14 | order to either pay the $400.00 filing fee in full or submit a complete application to proceed *in*
15 | *forma pauperis*. (ECF No. 12.)

16 | After Plaintiff failed to either pay the filing fee or submit an application to proceed *in*
17 | *forma pauperis* within the allotted time, on May 3, 2019, the Court issued an order requiring
18 | Plaintiff to show cause in writing why this action should not be dismissed for failure to pay the
19 | filing fee in full or submit a complete application to proceed *in forma pauperis*. (ECF No. 13.)

20 | On May 20, 2019, Plaintiff filed a written response to the order to show cause. (ECF No.
21 | 14.) In his response, Plaintiff contends that this action should not be dismissed because, after he
22 | was ordered to pay the filing fee, he paid the filing fee by telling the prison to send $400.00 from
23 | his account to the court to pay the filing fee for this case and the "prison document verifies that
24 | this was done." (Id.) Plaintiff further asserts that, "if the court has a problem with [the] filing fee
25 | being paid, it should take it up with the prison[,]" not him. (Id.)

26 | Initially, it is true that Plaintiff has provided the Court with an unverified copy of his
27 | prison trust account statement, which reflects that, on January 9, 2019, Check # 892792 in the
28 | amount of $400.00 and addressed to "USDC East Fresno" was written or issued from Plaintiff's

prison trust account. (ECF No. 8, at 2.) However, Plaintiff has failed to establish that Check #892792 was ever mailed to this Court. Further, the Court has carefully searched its records of any and all checks received by the Court from January 1, 2019 to date. However, the Court has never received Check # 892792 or any other $400.00 check from the State of California on Plaintiff's behalf. Therefore, Plaintiff has failed to establish that he paid the $400.00 filing fee for this action

Next, to the extent that Plaintiff asserts that the Court should "take [any problem that it has with the payment of the filing fee] up with the prison[,]" the Court previously told Plaintiff that the pendency of this action does not generally give this Court jurisdiction over the California Department of Corrections and Rehabilitation ("CDCR"), any prison under CDCR's control, or any prison officials. (ECF No. 7, at 3.) Further, since the issue related to the filing fee is not related to the defendants named, or the claims raised, in Plaintiff's complaint, the Court does not have jurisdiction to order CDCR or any prison officials to investigate and explain why Check # 892792 was never received by this Court.

Instead, Plaintiff is encouraged to seek assistance from prison officials in investigating why Check # 892792 was never received by the Court. Since Plaintiff is a state prisoner, it is Plaintiff's burden to either demonstrate a financial inability to pre-pay the filing fee, or to actually pay the full $400.00 filing fee, before this action can proceed. See 28 U.S.C. § 1915(a)(1)-(2), (b).

Therefore, the Court finds that the interest of justice requires that Plaintiff be granted forty-five days from the date of the service of this order to pay the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause issued on May 3, 2019, (ECF No. 13), is DISCHARGED;
2. In the interest of justice, Plaintiff is granted **forty-five (45) days** from the date of service of this order to pay the $400.00 filing fee for this action;

///

///

///

3

3. <u>No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: __**May 29, 2019**__  
 _____  
UNITED STATES MAGISTRATE JUDGE